# United States District Court
Northern District of Texas
Fort Worth Division



| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | Case Number: 4:09-CR-060-A(01) |
| ISAAC McCRUMBY | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Jay Stevenson Weimer. The defendant, ISAAC McCRUMBY, was represented by Federal Public Defender through Assistant Federal Public Defender Peter Fleury.

The defendant pleaded guilty on October 9, 2009 to count 1 of the indictment filed on May 13, 2009. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 1349 | CONSPIRACY TO COMMIT BANK FRAUD | May 1, 2009 | 1 |

On motion of the United States, the court ORDERS as to this defendant that count 2 of the indictment be, and is hereby, dismissed.

As pronounced and imposed on January 29, 2010, the defendant is sentenced as provided in this judgment.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

### IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 160 months.

The defendant is remanded to the custody of the United States Marshal.

1

## SUPERVISED RELEASE

The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years, and that while on supervised release, the defendant shall comply with the following conditions:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not possess illegal controlled substances.

3. The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.

4. If, upon commencement of the term of supervised release, any part of the $125,575.57 restitution ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid amount at the rate of at least $100 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution amount is paid in full. Any unpaid balance of the restitution ordered by this judgment shall be paid in full 60 days prior to the termination of the term of supervised release.

5. The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant has fully satisfied the restitution obligation.

6. The defendant shall refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill.

7. The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged, which services may be include prescribed medications by a licensed physician, with the defendant contributing to the costs of services rendered at a rate of at least $25 per month.

8. The defendant shall participate in workforce development programs and services involving activities relating to occupational and career development, including but not limited to assessments and testing, educational instruction, training classes, career guidance, counseling, case management, and job search and retention services, as directed by the probation officer until successfully discharged from the program.

9. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

## Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his or her dependents and meet other family responsibilities.

8. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by 18 U.S.C. § 3583(f).

## FINE

The court did not order a fine because the defendant does not have the financial resource or future earning capacity to pay a fine.

## RESTITUTION

The court further ORDERS the defendant shall make full restitution in the amount of $125,575.57. Restitution is payable immediately, but non-payment will not be a violation of defendant's conditions of supervised release so long as defendant pays as provided in defendant's conditions of supervised release. All restitution payments shall be made by defendant to the Clerk of the United States District Court, 501 West 10th Street, Room 310, Fort Worth, Texas 76102, for disbursement to the victims whose names and losses for which restitution is to be made are listed below:

AMERICAN EAGLE OUTFITTER
Parkway Place
2801 Memorial Pkwy., Suite 210
HUNTSVILLE, AL 35801
$96.07
Account No.: SUBSCRIBER CODE
11332642

VICTORIA'S SECRET
ACCOUNT FRAUD
160 WALT WHITMAN RD, SUITE 1101
HUNGTINGTON STATION, NY 11746
$79.92
Account No.: SUBSCRIBER CODE
35311220

AEROPOSTALE
ACCOUNT FRAUD
1801 BELTLINE RD, SW B1
DECATUR, AL 35601
$124.76
Account No.: SUBSCRIBER CODE
35574655

VICTORIA'S SECRET
ACCOUNT FRAUD
5901 UNIVERSITY DRIVE
HUNTSVILLE, AL 35806
$84.24
Account No.: SUBSCRIBER CODE
35311191

ABERCROMBIE AND FITCH
THE SUMMIT
205 SUMMIT SP HRTE1 4
BIRMINGHAM, AL 35243
$129.72
Account No.: SUBSCRIBER CODE
35150677

NEW YORK & COMPANY
MADISON SQUARE
5901 76 UNIVERSITY DRIVE
HUNTSVILLE, AL 35805
$294.02
Account No.: SUBSCRIBER CODE
11500118

EXPRESS WOMENS
SUBURBAN SQUARE
61-69 ST JAMES PLACE
ARDMORE, PA 19003
$85.00
Account No.: SUBSCRIBER CODE
35627074

BORDERS BOOKS AND MUSIC
ACCOUNT FRAUD
27 SHELBYVILLE ROAD PLAZA
LOUISVILLE, KY 40207
$63.59
Account No.: SUBSCRIBER CODE
35850616

THE CHILDREN'S PLACE
COOLSPRINGS GALLERIA
1800 GALLERIA BLVD
SPACE 2120
FRANKLIN, TN 37067
$96.68
Account No.: SUBSCRIBER CODE
35541011

ABERCROMBIE KIDS
MALL AT ST. MATTHEWS
5000 SHELBYVILLE, SP 102
LOUISVILLE, KY 40207
$120.31
Account No.: SUBSCRIBER CODE
35150205

BATH AND BODY WORKS
ACCOUNT FRAUD
7900 SHELBYVILLE ROAD
SPACE B12
LOUISVILLE, KY 40222
$74.20
Account No.: SUBSCRIBER CODE
35314943

THE SPORTS AUTHORITY
NORTH LITTLE ROCK
4124 EAST MCCAIN BLVD
NORTH LITTLE ROCK, AR 72117
$280.10
Account No.: SUBSCRIBER CODE
35162266

ABERCROMBIE AND FITCH
PARK PLAZA
6000 W MARKHAM
SPACE 2094
LITTLE ROCK, AR 72205
$127.92
Account No.: SUBSCRIBER CODE
35150685

VICTORIA'S SECRET
ACCOUNT FRAUD
6000 W. MARKHAM
LITTLE ROAD, AR 72205
$251.28
Account No.: SUBSCRIBER CODE
35311264

VICTORIA'S SECRET
ACCOUNT FRAUD
3929 MCCAIN BLVD.
NORTH LITTLE ROCK, AR 72116
$160.21
Account No.: SUBSCRIBER CODE
35311136

5

AEROPOSTALE
ACCOUNT FRAUD
4501 CENTRAL AVE, B7
HOT SPRINGS NATION, AR 71913
$245.17
Account No.: SUBSCRIBER CODE
35574820

ABERCROMBIE KIDS
PARK PLAZA MALL
6000 W. MARKHAM ST
SPACE 3016
LITTLE ROCK, AR 72205
$148.34
Account No.: SUBSCRIBER CODE
35150339

AMERICA EAGLE OUTFITTERS
ACCOUNT FRAUD
130 WESTDALE MALL
CEDAR RAPIDS, IA 52404
$98.70
Account No.: SUBSCRIBER CODE
11332607

HOT TOPIC
HOT SPRINGS MALL
4501 CENTRAL AVE, SP B8
HOT SPRINGS NATION, AR 71913
$87.86
Account No.: SUBSCRIBER CODE
35579686

VICTORIA'S SECRET
ACCOUNT FRAUD
4501 CENTRAL AVE,
HOT SPRINGS NATION, AR 71913
$147.13
Account No.: SUBSCRIBER CODE
35311873

VICTORIA'S SECRET
ACCOUNT FRAUD
1111 E. ARMY POST ROAD
DES MOINES, IA 50315
$166.42
Account No. SUBSCRIBER CODE
35311734

AEROPOSTALE
PARK PLAZA MALL
6000 W. MARKHAM ST.
LITTLE ROCK, AR 72205
$124.19
Account No.: SUBSCRIBER CODE
35574330

NEW YORK &COMPANY
ACCOUNT FRAUD
6000 WEST MARKHAM
LITTLE ROCK, AR 72205
$149.32
Account No.: SUBSCRIBER CODE
11500870

BATH AND BODY WORKS
ACCOUNT FRAUD
1551 VALLEY WEST DRIVE
SPACE 279
WEST DES MOINES, IA 50266
$87.98
Account No.: SUBSCRIBER CODE
35314525

CHARLOTTE RUSSE NO. 249
VALLEY WEST
1551 VALLEY WEST DRIVE 1
WEST DES MOINES, IA 50266
$95.36
Account No.: SUBSCRIBER CODE
35515249

HOT TOPIC
LINDALE MALL
4444 FIRST AVENUE NE
SUITE 117
CEDAR RAPIDS, IA 52402
$88.17
Account No.: SUBSCRIBER CODE
35579247

AEROPOSTALE
ACCOUNT FRAUD
4444 1ST AVENUE NE
CEDAR RAPIDS, IA 52402
$215.76
Account No.: SUBSCRIBER CODE
35574757

VICTORIA'S SECRET
ACCOUNT FRAUD
180 US 965
IOWA CITY, IA 52240
$164.85
Account No.: SUBSCRIBER CODE
35311816

VICTORIA'S SECRET
ACCOUNT FRAUD
3800 MERLE YAD ROAD
DES MOINES, IA 50310
$167.66
Account No.: SUBSCRIBER CODE
35311201

NEW YORK & COMPANY
EASTLAND MALL
5455 CENTRAL AVENUE
CHARLOTTE, NC 28212
$279.24
Account No.: SUBSCRIBER CODE
11500200

THE CHILDREN'S PLACE
VALLEY WEST MALL
1551 VALLEY WEST DRIVE
NO. 154
WEST DES MOINES, IA 50266
$86.88
Account No.: SUBSCRIBER CODE
35516954

ABERCROMBIE AND FITCH
CORAL RIDGE
1451 CORAL RIDGE, NO. 222
CORALVILLE, IA 52241
$134.94
Account No.: SUBSCRIBER CODE
35150700

VICTORIA'S SECRET
ACCOUNT FRAUD
320 W. KIMBERLY ROAD
DAVENPORT, IA 52806
$161.57
Account No.: SUBSCRIBER CODE
35311516

BATH AND BODY WORKS
ACCOUNT FRAUD
4444 FIRST AVE. NE
SPACE 114
CEDAR RAPIDS, IA 52402
$92.93
Account No.: SUBSCRIBER CODE
35314699

THE CHILDREN'S PLACE
ATTN: CAROLYN PODLAS
915 SECAUCUS ROAD
SECAUCUS, NJ 70942
$88.73
Account No.: SUBSCRIBER CODE
35516000

HOT TOPIC
COLLEGE SQUARE MALL
6301 UNIVERSITY AVE
SUITE 117
CEDAR FALLS, IA 50613
$184.04
Account No.: SUBSCRIBER CODE
35579385

VICTORIA'S SECRET
ACCOUNT FRAUD
124 CROSSROADS CENTER
WATERLOO, IA 50702
$167.99
Account No.: SUBSCRIBER CODE
35311850

BATH AND BODY WORKS
ACCOUNT FRAUD
1451 CORAL RIDGE AVENUE
SPACE 508
CORALVILLE, IA 52241
$93.45
Account No.: SUBSCRIBER CODE
35314963

BATH AND BODY WORKS
ACCOUNT FRAUD
3800 MERLE HAY ROAD
DES MOINES, IA 50310
$99.11
Account No.: SUBSCRIBER CODE
35314954

VICTORIA'S SECRET
ACCOUNT FRAUD
3001 S. 144TH STREET
OMAHA, NE 68144
$167.99
Account No.: SUBSCRIBER CODE
35311464

VICTORIA'S SECRET
ACCOUNT FRAUD
1751 MADISON AVENUE
COUNCIL BLUFFS, IA 51503
$169.06
Account No.: SUBSCRIBER CODE
35311859

BATH AND BODY WORKS
ACCOUNT FRAUD
7400 DODGE STREET
SUITE 159
OMAHA, NE 68114
$88.81
Account No.: SUBSCRIBER CODE
35314390

LERNER NEW YORK
NEW YORK COMPANY WEST
10000 CALIFORNIA ST.
SUITE 2228
OMAHA, NE 68114
$276.32
Account No.: SUBSCRIBER CODE
11500197

SPORTS AUTHORITY
GARTSPORT
255 ROOSEVELT ROAD
LAMBARD, IL 60148
$104.52
Account No.: SUBSCRIBER CODE
35162602

BATH AND BODY WORKS
ACCOUNT FRAUD
904 ROOSEVELT ROAD
SPACE B-12
GLEN ELLYN, IL 60137
$63.52
Account No.: SUBSCRIBER CODE
35315620

CHARLOTTE RUSSE NO. 282
ACCOUNT FRAUD
FASHION SQUARE MALL
4787 BAY ROAD, NO. 428
SAGINAW, MI 48604
$89.01
Account No.: SUBSCRIBER CODE
35515282

HOT TOPIC
FASHION SQUARE MALL
4787 BAY ROAD
NO. 428
SAGINAW, MI 48604
$91.16
Account No.: SUBSCRIBER CODE
35579460

VICTORIA'S SECRET
ACCOUNT FRAUD
4350 24TH AVE
SPACE 530
FORT GRATIOT, MI 48059
$162.15
Account No.: SUBSCRIBER CODE
35311402

AMERICA EAGLE OUTFITTERS
KENWOOD TOWNE CENTRE
7875 MONTGOMERY RD.
CINCINNATI, OH 45236
$95.64
Account No.: SUBSCRIBER CODE
11332821

AEROPOSTALE
ACCOUNT FRAUD
7875 MONTGOMERY ROAD
CINCINNATI, OH 45236
$98.50
Account No.: SUBSCRIBER CODE
35574384

CHARLOTTE RUSSE NO. 096
TRI-COUNTY MALL
11700 PRINCETON PIKE D21
CINCINNATI, OH 45246
$94.91
Account No.: SUBSCRIBER CODE
35515096

THE CHILDREN'S PLACE
KENWOOD TOWNE CENTER
7875 MONTGOMERY RD
SUITE 88
CINCINNATI, OH 45236
$94.79
Account No.: SUBSCRIBER CODE
35516728

HOT TOPIC
TRI-COUNTY MALL
11700 PRINCETON PIKE
B217
CINCINNATI, OH 45246
$98.49
Account No.: SUBSCRIBER CODE
35579133

ABERCROMBIE KIDS
KENWOOD TOWNE CENTER
7875 MONTGOMERY ROAD
SPACE 79
CINCINNATI, OH 45236
$125.68
Account No.: SUBSCRIBER CODE
35150204

VICTORIA'S SECRET
ACCOUNT FRAUD
1242 W. UNIVERSITY DR.
ROCHESTER, MI 48307
$83.07
Account No.: SUBSCRIBER CODE
35311236

VICTORIA'S SECRET
ACCOUNT FRAUD
11700 PRINCETON PIKE
DAYTON, OH 45426
$83.07
Account No.: SUBSCRIBER CODE
35312101

VICTORIA'S SECRET
ACCOUNT FRAUD
2201 1-35 EAST
DENTON, TX 76205
$83.07
Account No.: SUBSCRIBER CODE
35311316

VICTORIA'S SECRET
ACCOUNT FRAUD
9501 COLERAIN AVENUE
CINCINNATI, OH 45251
$83.07
Account No.: SUBSCRIBER CODE
35311282

NEW YORK & COMPANY
ACCOUNT FRAUD
9501 COLERAIN AVE
SUITE 164
CINCINNATI, OH 45251
$149.89
Account No.: SUBSCRIBER CODE
11500210

ABERCROMBIE KIDS
MAYFAIR MALL
2500 NORTH MAYFAIR
MILWAUKEE, WI 53226
$270.32
Account No.: SUBSCRIBER CODE
35150298

VICTORIA'S SECRET
ACCOUNT FRAUD
96 N. MOORLAND ROAD
BROOKFIELD, WI 53005
$159.75
Account No.: SUBSCRIBER CODE
35311196

BORDERS BOOKS
ACCOUNT FRAUD
5601 MERCURY DRIVE
DEARBORN, MI 48126
$67.82
Account No.: SUBSCRIBER CODE
35850071

SPORTS AUTHORITY
ACCOUNT FRAUD
5751 MERCURY DRIVE
DEARBORN, MI 48126
$116.56
Account No.: SUBSCRIBER CODE
35162596

RELIABLE CONSULTANTS
ATTN: DENISE
2705 N I-HWY 35
HILLSBORO, TX 76645
$229.75
Account No.: SUBSCRIBER CODE
38093830

CITITRENDS 345
ATTN: LATONIA BLIGE
5332 WALZEM ROAD
SAN ANTONIO, TX 78218
$301.49
Account No.: SUBSCRIBER CODE
3072637

AUSTIN VIDEO MEGAPLEX
ACCOUNT FRAUD
7111 S IH-35
AUSTIN, TX 78744
$679.62
Account No.: SUBSCRIBER CODE
5101493

SUNTRUST BANK-DDA
ATTN: LAUREN CLARK
P.O. BOX 26150
RICHMOND, VA 23260
$503.01
Account No.: SUBSCRIBER CODE
30100000

FIESTA MART
ACCOUNT FRAUD
1300 E PIONEER PKWY
ARLINGTON, TX 76010
$15.72
Account No.: SUBSCRIBER CODE
40914460

FIRST NATIONAL BANK
ACCOUNT FRAUD
504 N. GRAY STREET
KILLEEN, TX 76541
$439.84
Account No.: SUBSCRIBER CODE
30000112

WALMART
GARY SMYTH/MGR AP INVEST.
1300 SE 8TH STREET
MAIL STOP 0815
BENTONVILLE, AR 72716-0125
$31,657.80

PETSMART STORE
TREASURY DEPT.
19601 N. 27TH AVE
PHOENIX, AZ 85027
$200.00

TARGET
CHECK COLLECTS ACCT 4A-D
3701 WAYZATA BLVD.
MD4AD
MINNEAPOLIS, MN 55416
$1,795.14

WALGREENS
TERRIHAGA
200 WILMOT ROAD
MS 2261
DEERFIELD, IL 60015
$317.85

CERTEGY/FIS
ALEXI FOWLER, DEPT TA-12
11601 ROOSEVELT BLVD.
ST. PETERSBURG, FL 33716
$327.22

HOME DEPOT
NANCY BRASSFIELD
2455 PACES FERRY RD NW
ATLANTA, GA 30339
$501.28

SEARS ROEBUCK
ACCOUNT FRAUD
100 GREENSPOINT MALL
HOUSTON, TX 77060
$900.00
Account No.: SUBSCRIBER CODE
43101237

TELECHECK
ATTN: JOE CAMPISE
CORP. SECURITY
5251 WESTHEIMER ROAD
HOUSTON, TX 77056
$79,345.87

## STATEMENT OF REASONS

The "Statement of Reasons" and personal information about the defendant are set forth on the attachment to this judgment.

Signed this the ___1st___ day of February, 2010.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

RETURN

I have executed the imprisonment part of this Judgment as follows:

_____
_____
_____

Defendant delivered on_____, 200__ to_____
at_____, with a certified copy of this Judgment.

                Randy Ely
                United States Marshal for the
                Northern District of Texas


                By _____
                    Deputy United States Marshal